```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VANCE CAMPBELL *as Executor of the Estate of Walter Campbell*,

                       Plaintiff,

      -v-

MANUEL JULIO DE LA TORRE *individually and as Administrator of the Estate of Manuel Jesus De La Torre and Sylvia De La Torre*,

                       Defendant,

      -and-

*CANAIMA II*, a drawing,

                       Defendant-in-rem.
-------------------------------------------------------------------X

25-cv-1468 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      This order memorializes the telephonic conference held today, May 7, 2025.

      Defendant shall respond to Plaintiff's motion for judgment on the pleadings within the time period provided by the Federal Rules of Civil Procedure and S.D.N.Y. Local Rules.

      Plaintiff has made an oral motion to stay discovery pending adjudication of the motion for judgment on the pleadings. By May 12, 2025, Defendant shall submit a letter of no more than three pages explaining why the Court should not grant Plaintiff's motion for a stay of discovery. Plaintiff shall reply by May 14, 2025.

      SO ORDERED.

Dated: May 7, 2025
      New York, New York

                                                                LEWIS J. LIMAN
                                                                United States District Judge