```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2025
```

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

VANCE CAMPBELL as Executor of THE ESTATE OF
WALLACE CAMPBELL.,

                Plaintiff,

                -v-

MANUEL JULIO DE LA TORRE, individually and as
Administrator of THE ESTATE OF MANUEL JESUS
DE LA TORRE AND SULVIA DE LA TORRE,

                Defendant,

       -and-

*CANAIMA II*,
a drawing,

                Defendant-in-rem.

---------------------------------------------------------------------X

25-cv-1468 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

        The Court will hold oral argument on Plaintiff's motion for judgment on the pleadings and to dismiss Defendant's counterclaims on July 25, 2025, at 11:30 a.m., in Courtroom 15C at the 500 Pearl Street Courthouse.  The parties should be prepared to address whether the motion should be converted to one under Rule 56 and, if so, what further procedure would be appropriate to ensure that all parties have "a reasonable opportunity to present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d).

        SO ORDERED.

Dated: July 15, 2025
      New York, New York

                                                   _____
                                                       LEWIS J. LIMAN
                                                       United States District Judge