# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
VANCE CAMPBELL, as Executor of the Estate of Wallace Campbell,

                Plaintiff,                25 **CIVIL** 1468 (LJL)

      -against-                          **JUDGMENT**

MANUEL JULIO DE LA TORRE, individually and as Administrator of The Estate of Manuel Jesus De La Torre and Sylvia De La Torre,

                Defendant,

      -and-

CANAIMA II,
a drawing,

                Defendant-in-rem.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2025, Plaintiff's motion for judgment on the pleadings is GRANTED. Plaintiff's motion to dismiss Defendant's counterclaims is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      August 12, 2025

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                  **BY:**

                                            **Deputy Clerk**